In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands under Water, Wharfage and Other Rights on Ward's Island in the Borough of Manhattan.

METROPOLITAN-COLUMBIA STOCKHOLDERS., INC., et al., Appellants.

Argued March 19, 1942; decided April 23, 1942.

*Glen N. W. McNaughton* for appellants.

*William C. Chanler, Corporation Counsel (Daniel M. Cohen, Julius Isaacs* and *Edward A. Weingarten* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.